**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

August 5, 2015

Hon. Stephen B. Tyler
District Attorney
205 N. Bridge St., Suite 301
Victoria, TX 77901
* DELIVERED VIA E-MAIL *

Hon. Luis A. Martinez
Attorney at Law
PO Box 410
Victoria, TX 77902
* DELIVERED VIA E-MAIL *

Mr. Guadalupe Pacheco
TDCJ# 01988236
Byrd Unit
21 FM 247
Huntsville, TX 77230

Re:      Cause No. 13-15-00252-CR
Tr.Ct.No. 14-10-28220-D
Style:    Guadalupe Pacheco v. The State of Texas

Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:    Ms. Kimberly Koetter (DELIVERED VIA E-MAIL)
       Hon. J. Rolando Olvera Jr. (DELIVERED VIA E-MAIL)
       Hon. Cathy Stuart (DELIVERED VIA E-MAIL)
       Ms. Yvett Shugart (DELIVERED VIA E-MAIL)